# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN EDWARD FLOWERS, | CASE NO. 07cv1785 WQH (BLM) |
| Petitioner, | **ORDER** |
| vs. | |
| ROBERT A. HOREL, Warden, | |
| Respondent. | |

HAYES, Judge:

The matter before the Court is the review of the Report and Recommendation (Doc. # 17) filed on July 25, 2008 by United States Magistrate Judge Barbara L. Major.

## **Background**

On September 10, 2007, Petitioner Jonathan Edward Flowers filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 in the Southern District of California. (Doc. #1). On April 4, 2008, Respondent filed an Answer to the Petition for Writ of Habeas Corpus. (Doc. #13). On May 15, 2008 Petitioner filed a Traverse to the Answer to the Petition for Writ of Habeas Corpus. (Doc. #16). On July 25, 2008 United States Magistrate Judge Major issued a Report and Recommendation recommending that this Court deny the Petition. (Doc. #17). The parties were ordered to file any objections to the Report and Recommendation on or before August 15, 2008. Neither party filed objections to the Report and Recommendation.

## Standard of Review

The duties of the district court in connection with a Report and Recommendation of a Magistrate Judge are set forth in Rule 72(b) of the Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1). When the parties object to a Report and Recommendation, "[a] judge of the [district] court shall make a de novo determination of those portions of the [Report and Recommendation] to which objection is made." 28 U.S.C. § 636(b)(1); *see Thomas v. Arn*, 474 U.S. 140, 149-50 (1985). When no objections are filed, the district court need not review the Report and Recommendation de novo. *Wang v. Masaitis*, 416 F.3d 992, 1000 n. 13 (9th Cir. 2005); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121-22 (9th Cir. 2003) (en banc). A district court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).

## Ruling of the Court

Neither party filed objections to the Report and Recommendation. The Court has reviewed all aspects of the Report and Recommendation of the Magistrate Judge filed on July 25, 2008, and adopts all portions of the Report and Recommendation. The Report and Recommendation correctly concluded that (1) Petitioner's claim that his federal due process rights were violated when the prosecutor knowingly argued false and inadmissable evidence to the jury should be dismissed as procedurally barred, (2) the state court's denial of Petitioner's claim that insufficient evidence was presented to support his conviction of attempted robbery of Danielle Soto was neither contrary to, nor an unreasonable application of clearly established Supreme Court law, and (3) the state court's denial of Petitioner's claim that the trial court's failure to properly instruct the jury about the lesser included offense of voluntary manslaughter violated his Sixth Amendment right to have a jury determine every element of the offense was neither contrary to, nor an unreasonable application of clearly established Supreme Court law.

///

///

1     IT IS HEREBY ORDERED that all portions of the Report and Recommendation (Doc. # 17) are **ADOPTED.** The Petition for Writ of Habeas Corpus is **DENIED**.

DATED: November 3, 2008

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge